# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW WHITFIELD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Case No. 1:22-cv-01787 |
| v. | ) |
| | ) |
| RENEWABLE ENERGY GROUP, INC., JEFFREY STROBURG, RANDOLPH L. HOWARD, CYNTHIA WARNER, WALTER BERGER, JAMES C. BOREL, DELBERT CHRISTENSEN, DEBORA M. FRODL, DYLAN GLENN, PETER J.M. HARDING, NIHARIKA TASKAR RAMDEV, and CHRISTOPHER D. SORRELLS, | ) ) ) ) ) ) ) ) ) |
| | ) |
|     Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: September 13, 2022

**RIGRODSKY LAW, P.A.**

By:   */s/ Gina M. Serra*
      Gina M. Serra
      825 East Gate Boulevard, Suite 300
      Garden City, NY 11530
      (516) 683-3516
      gms@rl-legal.com

*Attorneys for Plaintiff*